```
1  KENNETH J. COLLINS, CSBN 100579
   ATTORNEY AT LAW
2  P. O. BOX 1193
   ARCATA, CA 95518
3  (707) 822-1611 FAX (707) 822-1044
   EMAIL: aew1950@yahoo.com
4

5  ATTORNEY FOR PLAINTIFF
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| PATRICIA JOAN SOVIC, | Case No.: 1:14-cv-02454-NJV |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER IN SUPPORT OF PLAINTIFF'S FIRST REQUEST FOR EXTENSION OF TIME |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Patricia Sovic may have a twenty-eight day extension until November 3, 2014, in which to file Plaintiff's Motion for summary judgment. All amended deadlines will be extended accordingly. This is plaintiff's first request.

Dated:  October 3, 2014                    */s/ Kenneth J. Collins*
                                           KENNETH J. COLLINS
                                           Attorney for Plaintiff

//

|   |   |
|---|---|
| | MELINDA L. HAAG |
| | United States Attorney |
| | |
| | DONNA L. CALVERT, SBN 6191786 |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |

Dated: October 3, 2014      */s/ Sundeep R. Patel*
                            SUNDEEP R. PATEL, CSBN 242284
                            Special Assistant United States Attorney
                            (as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:      October 6, 2014         _____
                                    Hon. Nandor J. Vadas
                                    United States Magistrate Judge