```
1   KENNETH J. COLLINS, CSBN 100579
    ATTORNEY AT LAW
2   P. O. BOX 1193
    ARCATA, CA 95518
3   (707) 822-1611 FAX (707) 822-1044
    EMAIL: aew1950@yahoo.com
4

5   ATTORNEY FOR PLAINTIFF
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| PATRICIA JOAN SOVIC, | Case No.: 1:14-cv-02454-NJV |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER IN SUPPORT OF PLAINTIFF'S FIRST REQUEST FOR EXTENSION OF TIME |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Patricia Sovic may have a twenty-eight day extension until November 3, 2014, in which to file Plaintiff's Motion for summary judgment. All amended deadlines will be extended accordingly. This is plaintiff's first request.

Dated: October 3, 2014          /s/ Kenneth J. Collins
                                KENNETH J. COLLINS
                                Attorney for Plaintiff

//

Stipulation and Order In Support of Plaintiff's First Request for Extension of Time,

Case No. 1:14-cv-02454-NJV -1-

                    MELINDA L. HAAG
                    United States Attorney

DONNA L. CALVERT, SBN 6191786
Regional Chief Counsel, Region IX
Social Security Administration

Dated: October 3, 2014         /s/ *Sundeep R. Patel*
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
(as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    October 6, 2014                           
Hon. Nandor J. Vadas
United States Magistrate Judge