1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707) 822-1611 fax 822-1044
   aew1950@yahoo.com
4  Attorney for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            EUREKA DIVISION

11

12

13  **PATRICIA JOAN SOVIC**,            Case No.:  1:14-cv-02454-NJV
             Plaintiff,

14       vs.                            **STIPULATION IN SUPPORT OF
                                        PLAINTIFF'S DISMISSAL OF
                                        COMPLAINT**
15  **CAROLYN W. COLVIN, ACTING
    COMMISSIONER OF SOCIAL SECURITY,**
16           Defendant.

17

18       IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19  approval of the Court, that plaintiff Patricia Joan Sovic dismisses the Complaint in the above-

20  captioned case with prejudice, each party to bear its own fees, costs, and expenses.

21  //

22  //

| | | |
|---|---|---|
| 1 | Dated: November 3, 2014 | /s/ Kenneth J. Collins |
| 2 | | KENNETH J. COLLINS<br>Attorney for Plaintiff |
| 3 | | |
| 4 | Dated: November 3, 2014 | MELINDA L. HAAG<br>United States Attorney |
| 5 | | |
| 6 | | /s/ Sundeep Patel |
| 7 | | SUNDEEP PATEL<br>Special Assistant United States Attorney<br>Attorneys for Defendant |
| 8 | | (as authorized by email) |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 4, 2014                         _____
                                                Hon. NANDOR J. VADAS
                                                United States Magistrate Judge